# Application for Multi-Court Exemption from the Judicial Conference's Electronic Public Access (EPA) Fees
### For Individual Researchers Associated with Educational Institutions

| | |
|---|---|
| Applicant's Name: | Sixun Tang |
| Applicant's Title: | Mr |
| Applicant's Phone Number: | 7732519764 |
| Applicant's Email Address: | sixun-tang@chicagobooth.edu |
| Applicant's Mailing Address: | 1140 S Wabash Ave, Apt 1402, Chicago, IL, 60605 |

1. Are you an individual researcher associated with an educational institution, or a student associated with an educational institution conducting academic research under the supervision of a professor or instructor?
   ☒ Yes
   ☐ No

2. Please identify your status. [Certification Requirement] Please attach a letter from the professor/instructor who certifies this research is for a course project, thesis, dissertation, or other academic product.
   ☐ High School student
   ☐ Undergraduate Student
   ☒ Graduate/Professional Student
   ☐ Faculty/Lecturer
   ☐ Post-Doctoral Researcher
   ☐ Certification program student.

3. Please provide the name and type of educational institution you and your research are associated with.
   Name of Institution: Booth School of Business, University of Chicago

   ☐ Community/Junior College
   ☐ Four-year college or university
   ☒ Post-graduate program
   ☐ Other degree conferring program, including secondary school program.
   ☐ Professional skills certification program
   ☐ Other non-degree conferring program. Explain:

   _____

4. Is the associated educational institution duly accredited and located in the United States? You may search this site https://ope.ed.gov/dapip/#/home to determine whether your institution has been accredited in the United States.
   ☒ Yes
   ☐ No

5. Do you and/or your affiliated academic institution plan to sell the product of your research?
   ☐ Yes
   ☒ No

6. Do you plan to re-distribute the product of your research? If so, please describe the manner in which it will be re-distributed?

   > The product of my research would be academic papers. I will aim to send them for publish in academic journals. I don't have other plans to re-distribute the product of my research.

7. Please describe your research project, including the hypothesis or thesis that your research will support. You may be required to provide additional information.

   > Firms strive to gain an edge not only through direct investment in R&D, but also by allocating resources to legal activities aimed at protecting existing innovations and hindering competitors. My project seeks to explore the allocation of resources towards firm innovation and legal investment, both theoretically and empirically. On the theory

8. Please describe what resources are needed from PACER and why. Limitation in scope is demonstrated by narrowly tailoring the amount of exempt access requested to meet the needs of the defined research project.

   > Specifically, I am interested in the court dockets reports, and text files related to patent litigation cases. I have attached a list of cases that I'm interested in. As an example, for each patent litigation case, I would like the following resources: 1. the timeline of the associated files, aiming to create measures of intensity and impact of each case. 2. the text of major files, including initial complaints, finding facts and final judgment opinions

9. Please estimate of the number and type(s) of cases and/or documents needed to accomplish your research.

   > The specific cases I need is patent litigation cases, with the NOS code 830. I have attached a list of patent litigation cases, with around 110,000 cases. For each case, depending on the length of the docket reports, I require access to the: 1. initial complaint file. 2. Final conclusion, verdict or dismissal file. 3. Major ORDERS files along the process.

10. Please indicate whether you intend to conduct your research using manual searches or by running a data script or some other computer-aided search and/or retrieval process.

> I intend to conduct my research using computer-aided search and data scripts.

11. What is the period of time for which you are requesting the PACER fee exemption? Please note that you must provide a specific timeframe. You may not request an exemption for an indefinite time period.

> Up to 2027 June, which is my expected date of graduation from the PhD program.

12. Please select the courts from which you are requesting PACER fee exemptions.

Courts of Appeal
- ☐ All Courts of Appeal
- ☐ First Circuit
- ☐ Second Circuit
- ☒ Third Circuit
- ☒ Fourth Circuit
- ☒ Fifth Circuit
- ☒ Sixth Circuit
- ☒ Seventh Circuit
- ☒ Eighth Circuit
- ☒ Ninth Circuit
- ☒ Tenth Circuit
- ☒ Eleventh Circuit
- ☒ D.C Circuit
- ☒ Federal Circuit

Bankruptcy Appellate Panels (BAP)
- ☐ First Circuit - BAP
- ☐ Sixth Circuit - BAP
- ☐ Eighth Circuit - BAP
- ☐ Ninth Circuit - BAP
- ☐ Tenth Circuit - BAP

District Courts
- ☐ All District Courts
- ☒ Alabama Middle
- ☒ Alabama Northen
- ☒ Alabama Southern
- ☒ Alaska
- ☒ Arizona
- ☒ Arkansas Eastern
- ☒ Idaho
- ☒ Illinois Central
- ☒ Illinois Northern
- ☒ Illinois Southern
- ☒ Indiana Northern
- ☒ Indiana Southern
- ☒ Iowa Northern
- ☒ Montana
- ☒ Nebraska
- ☒ Nevada
- ☒ New Hampshire
- ☒ New Jersey
- ☒ New Mexico
- ☒ New York Eastern
- ☒ Puerto Rico
- ☒ Rhode Island
- ☒ South Carolina
- ☒ South Dakota
- ☒ Tennessee Eastern
- ☒ Tennessee Middle
- ☒ Tennessee Western

- [x] Arkansas Western
- [x] California Central
- [x] California Eastern
- [x] California Northern
- [x] California Southern
- [x] Colorado
- [x] Connecticut
- [x] Delaware
- [x] District of Columbia
- [x] Florida Middle
- [x] Florida Northern
- [x] Florida Southern
- [x] Georgia Middle
- [x] Georgia Northern
- [x] Georgia Southern
- [x] Guam
- [x] Hawaii

- [x] Iowa Southern
- [x] Kansas
- [x] Kentucky Eastern
- [x] Kentucky Western
- [x] Louisiana Eastern
- [x] Louisiana Middle
- [x] Louisiana Western
- [x] Maine
- [x] Maryland
- [x] Massachusetts
- [x] Michigan Eastern
- [x] Michigan Western
- [x] Minnesota
- [x] Mississippi Northern
- [x] Mississippi Southern
- [x] Missouri Eastern
- [x] Missouri Western

- [x] New York Northern
- [x] New York Southern
- [x] New York Western
- [x] North Carolina Eastern
- [x] North Carolina Middle
- [x] North Carolina Western
- [x] North Dakota
- [ ] Northern Mariana Islands
- [x] Ohio Northern
- [x] Ohio Southern
- [x] Oklahoma Eastern
- [x] Oklahoma Northern
- [x] Oklahoma Western
- [x] Oregon
- [x] Pennsylvania Eastern
- [x] Pennsylvania Middle
- [x] Pennsylvania Western

- [x] Texas Eastern
- [x] Texas Northern
- [x] Texas Southern
- [x] Texas Western
- [x] Utah
- [x] Vermont
- [x] Virgin Islands
- [x] Virginia Eastern
- [x] Virginia Western
- [x] Washington Eastern
- [x] Washington Western
- [x] West Virginia Northern
- [x] West Virginia Southern
- [x] Wisconsin Eastern
- [x] Wisconsin Western
- [x] Wyoming

### Bankruptcy Courts

- [ ] All Bankruptcy Courts
- [ ] Alabama Middle
- [ ] Alabama Northen
- [ ] Alabama Southern
- [ ] Alaska
- [ ] Arizona
- [ ] Arkansas Eastern
- [ ] Arkansas Western
- [ ] California Central
- [ ] California Eastern
- [ ] California Northern
- [ ] California Southern
- [ ] Colorado
- [ ] Connecticut
- [ ] Delaware
- [ ] District of Columbia
- [ ] Florida Middle

- [ ] Idaho
- [ ] Illinois Central
- [ ] Illinois Northern
- [ ] Illinois Southern
- [ ] Indiana Northern
- [ ] Indiana Southern
- [ ] Iowa Northern
- [ ] Iowa Southern
- [ ] Kansas
- [ ] Kentucky Eastern
- [ ] Kentucky Western
- [ ] Louisiana Eastern
- [ ] Louisiana Middle
- [ ] Louisiana Western
- [ ] Maine
- [ ] Maryland
- [ ] Massachusetts

- [ ] Montana
- [ ] Nebraska
- [ ] Nevada
- [ ] New Hampshire
- [ ] New Jersey
- [ ] New Mexico
- [ ] New York Eastern
- [ ] New York Northern
- [ ] New York Southern
- [ ] New York Western
- [ ] North Carolina Eastern
- [ ] North Carolina Middle
- [ ] North Carolina Western
- [ ] North Dakota
- [ ] Northern Mariana Islands
- [ ] Ohio Northern
- [ ] Ohio Southern

- [ ] Puerto Rico
- [ ] Rhode Island
- [ ] South Carolina
- [ ] South Dakota
- [ ] Tennessee Eastern
- [ ] Tennessee Middle
- [ ] Tennessee Western
- [ ] Texas Eastern
- [ ] Texas Northern
- [ ] Texas Southern
- [ ] Texas Western
- [ ] Utah
- [ ] Vermont
- [ ] Virgin Islands
- [ ] Virginia Eastern
- [ ] Virginia Western
- [ ] Washington Eastern

| | | | |
|---|---|---|---|
| ☐ Florida Northern | ☐ Michigan Eastern | ☐ Oklahoma Eastern | ☐ Washington Western |
| ☐ Florida Southern | ☐ Michigan Western | ☐ Oklahoma Northern | ☐ West Virginia Northern |
| ☐ Georgia Middle | ☐ Minnesota | ☐ Oklahoma Western | ☐ West Virginia Southern |
| ☐ Georgia Northern | ☐ Mississippi Northern | ☐ Oregon | ☐ Wisconsin Eastern |
| ☐ Georgia Southern | ☐ Mississippi Southern | ☐ Pennsylvania Eastern | ☐ Wisconsin Western |
| ☐ Guam | ☐ Missouri Eastern | ☐ Pennsylvania Middle | ☐ Wyoming |
| ☐ Hawaii | ☐ Missouri Western | ☐ Pennsylvania Western | |

National Courts
☐ Judicial Panel on Multidistrict Litigation
☒ U.S. Court of Federal Claims
☐ U.S. Court of International Trade

13. In support of this application, I certify the following:
   a. An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

   b. I understand that any authorized fee exemption will apply only to me, will be valid only for the purposes stated above and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

   c. I agree that any data I receive through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet; and

   d. I declare that all the information I have provided on this application is true, and I understand that a false statement may result in termination of my exempt access and an assessment of Electronic Public Access usage fees.

   e. I certify that I have read the instructions and am aware of the available resources to obtain judicial opinions and data on case filings outside of PACER and that additional information from PACER is required to accomplish my research objective.

Signature *Sixun Tang*